UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

JOHNNY GUEITS,

                           Petitioner,

          - against -

ROBERT KIRKPATRICK, Superintendent,
Wende Correctional Facility

                          Respondent.

---------------------------------------------------------- X

**ORDER**

06 Civ. 0849 (BMC)(JO)

Respondent appealed the May 26, 2009 Order of this Court adopting the Report and Recommendations of the Honorable James Orenstein and granting the petition for a writ of habeas corpus. On July 14, 2010, the Second Circuit reversed this Court's Order holding that petitioner has failed to demonstrate that the New York Supreme Court, Appellate Division, was unreasonable in its application of the ineffective assistance of counsel standard set forth in Strickland v. Washington, 466 U.S. 668, 687, 104 S. Ct. 2052 (1984). The Second Circuit remanded this case with instructions to dismiss the petition.

Therefore, in compliance with the Mandate issued on September 17, 2010, it is ORDERED that the petition for a writ of habeas corpus is DISMISSED.

**SO ORDERED.**

_____
                        U.S.D.J.

Dated: Brooklyn, New York
       September 20, 2010